1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, MARGARET ARRIGO

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO.  6:07-mj-00037-WMW
                                  )
12                                )
                                  )   WAIVER OF DEFENDANT'S
13               Plaintiff,       )   PERSONAL APPEARANCE
                                  )
14 vs.                            )
                                  )
15 MARGARET ARRIGO,               )
                                  )
16               Defendant.       )
                                  )
17 _____)

18        TO THE ABOVE-ENTITLED COURT:

19        The Defendant MARGARET ARRIGO, having been advised of her right to be present at

20 all stages of proceedings, including, but not limited to, presentation of and arguments on

21 questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

22 waives the right to be present at the hearing of any motion or other proceeding in this cause.

23 Examples of hearings concerning which the defendant waives the right to be present include

24 when the case is set for trial, when a continuance is ordered, when a motion to set aside an

25 indictment is heard, during a plea or change of plea, during sentencing or any case disposition, or

26 when a motion for reduction of bail or for a personal recognizance release is heard.

27        The undersigned Defendant requests the Court to proceed during every absence of the

28 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

1  is represented at all times by the presence of his attorney the same as if the Defendant were

2  personally present in court, and further agrees that notice to Defendant's attorney that

3  Defendant's presence in court on a particular day at a particular time is required is notice to the

4  Defendant of the requirement of Defendant's appearance at that time and place.

5

6  Dated: March 26, 2007

   By:  /S/ Margaret Arrigo
7         MARGARET ARRIGO

8  Dated: April 14, 2007

   By:  /S/ Carol Ann Moses
9         CAROL ANN MOSES
          Attorney for Defendant,
10        MARGARET ARRIGO

11  **It is so ordered**

12  Dated _____

    By: _____
13        WILLIAM M. WUNDERLICH
          U.S. MAGISTRATE JUDGE
14

15

16  IT IS SO ORDERED.

17  **Dated:   April 16, 2007**            **/s/  William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28