# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

JUDGMENT

V.

Case Number: 6:07-MJ-00037-WMW

MARGIE ARRIGO

CAROL MOSES
Defendant's Attorney

*THE DEFENDANT:*

[X]  Pleaded guilty to counts One.

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23 (a)(2) | DUI w/BAC> .08% | One | 3/14/2007 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

Count two is dismissed.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
N/A

May 15, 2007
*Date of Imposition of Sentence*

*Defendant's mailing address:*

/s/ William M. Wunderlich
*Signature of Judicial Officer*

Wawona, CA

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Defendant's residence address:*

Same as above

*Date:* May 15, 2007

*Defendant:  MARGIE ARRIGO*
*Case Number:  6:07-MJ-00037-WMW*

### PROBATION

*You are hereby placed on unsupervised probation for a term of:*

                        36 months

*While on probation, you shall comply with following standard conditions that have been adopted by this court:*

*1. The defendant shall obey all laws, local, state and federal.*

*2. Pay the fine as ordered.*

*You shall comply with the following additional conditions:*

3. Defendant shall attend and complete evaluation and treatment in a residential alcohol treatment program. Defendant has been in a residential treatment program for 56 days and agrees to complete treatment. Defendant may be released on May 20, 2007.

4. Defendant shall serve two days custody with credit for two days served.

*5. Defendant shall participate in AA meetings twice a week for twenty four months. AA participation shall commence upon defendant's relocation to Texas.*

*6. Defendant shall pay fine total of $1790 and $10 penalty assessment in payments of $50 per month, commencing on 6/15/2007 and due on the 15th of each month until paid in full. Payments shall be made to the Clerk's Office at 501 'I' St., #4-200, Sacramento, CA 95814.*

*7. Defendant shall not operate a motor vehicle unless properly licensed, registered and insured.*

*8. Defendant shall not drive a vehicle with any detectable amount of alcohol in system.*

*9. Review hearing set for July 10, 2007. Defendant shall show proof of alcohol treatment program completion, AA meeting attendance and provide Court with current residence information.*